UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

**CARRIE F. MEYER,**

CASE NUMBER: **3:12-bk-02311-JAF**
CHAPTER 13

Debtor.

_____

### CONSENT TO ADEQUATE PROTECTION

The Debtor, by and through the undersigned attorney, consents to the entry of an Order of Adequate Protection. The Motion was filed by, **FREEDOM ROAD FINANCIAL**, and is secured by 2008 Triumph Rocket III Tour, VIN #SMTC05LRX8J340929. Adequate Protection payments shall be in the plan amount of $265.61 per month.

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to: Thomas Lobello, III, Esquire, Attorney for Creditor, Post Office Box 4400, Jacksonville, Florida 32201-4400, and to Douglas W. Neway, Trustee, Post Office Box 4308, Jacksonville, Florida 32201, by Hand/U.S. Mail, this 3rd day of July, 2012.

_____
Shimene Shepard-Ryan, Esquire
Florida Bar No. 0036488
112 Orange Avenue, Suite 202
Daytona Beach, FL 32114
(386) 265-5945
(386) 265-5947 (Telefax)
Attorney for Debtor