

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/06/2012 01:36 PM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:12-bk-02311-JAF | 13 | 03/30/2012 |

Chapter 13

**DEBTOR:** Carrie Meyer

**DEBTOR ATTY:** Shimene Shepard-Ryan

**TRUSTEE:** Douglas Neway

**HEARING:**

Motion Requesting Confirmation that no Automatic Stay is in Effect Filed by Taji S. Foreman on behalf of Creditor Bank of America, N.A. (Attachments: # (1) Exhibit A# (2) Exhibit B) (Foreman, Taji) Doc #51

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:** Granted Ord/Bernard
Motion Requesting Confirmation that no Automatic Stay is in Effect Filed by Taji S. Foreman on behalf of Creditor Bank of America, N.A. (Attachments: # (1) Exhibit A# (2) Exhibit B) (Foreman, Taji) Doc #51
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).
<b>This docket entry/document is not an official order of the Court</b>