UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

CASE NUMBER: 3:12-bk-02311-JAF
CHAPTER 13

Carrie F. Meyer

Debtor.

_____/

### ORDER CONFIRMING TERMINATION OF AUTOMATIC STAY
*[re: 18 Lleberry Path, Palm Coast, FL 32164]*

This case came before the Court on August 6, 2012 upon the Ex-Parte Motion Requesitng Confirmation that No Automatic Stay is in Effect under 11 U.S.C. § 362 (c)(3)(A) ("Motion") filed by Bank of America, N.A. (D.E. 51) on June 27, 2012 and based on the record, the Court having heard argument of Counsel and being otherwise fully advised on the matter, it is

ORDERED that the Motion is GRANTED and the Court confirms that the automatic stay is not in effect:

DONE AND ORDERED this 9 day of August, 2012 in Jacksonville, Florida.

JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

Copies Furnished To:

Taji S. Foreman, Esq.
Elizabeth R. Wellborn, P.A.
350 Jim Moran Blvd., Suite 100
Deerfield Beach, Florida  33442
tforeman@erwlaw.com
*Attorney for Creditor*

Carrie F. Meyer, 18 Lleberry Path, Palm Coast, FL  32164;
Shimene Shepard-Ryanm, 112 Orange Avenue, Suite 202, Daytona Beach, FL  32114;
Douglas W. Neway, P.O. Box 4308, Jacksonville, FL 32201
United States Trustee – JAX 13/7, 7, 135 W. Central Blvd., Suite 620, Orlando, FL  32801.