UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

CARRIE MEYER                            Case No.: **3:12-bk-02311-JAF**
    Debtor.

_____/

## THIRD AMENDED CHAPTER 13 PLAN

COMES NOW the debtor, Carrie Meyer, by and through the undersigned attorney, and submits the following Chapter 13 plan.

The projected disposable income of the debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

### PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan Payment |
|---|---|
| 1-3 (April, 2012 – June, 2012) | $1,388.56 |
| 4-5 (July, 2012 – August, 2012) | $1,180.84 |
| 6-12 (September, 2012-March, 2013) | $1,339.76 |
| 13-23 (April, 2013 – March, 2014) | $1,391.97 |
| 24 (April, 2014) | $23,097.71 |
| 25-60 (May, 2014 – March, 2017) | $1,391.97 |

**Priority claims:**
The fees and expenses of the trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Number |
|---|---|---|---|
| Shimene Shepard-Ryan | $476.00 | $39.67 | 1-12 |
| Trustee | | 10% | |

**Secured Claims:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Number |
|---|---|---|---|

| Bank of America | $136,480.00 | $875.09 | 1-3 |
| Bank of America | $136,480.00 | $831.17 | 4-60 |
| Atlantic Coast Bank | $35,119.00 | Junior mortgage to be stripped | |
| Freedom Road Financial 2008 Triumph Rocket III | $11,362.80 | $265.61 | 1-60 |

**Secured Arrearage:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Number |
|---|---|---|---|
| Bank of America | $19,535.17 | $ 19,535.17 | 24 |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Number |
|---|---|---|---|
| Sheffield Financial 2008 SUZUKI Road/Street C50CK8 BOULEVARD | $4,160.00 | $69.33 | 1-60 |

**Unsecured Creditors** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to priority and secured claims are made. Approximate percentage to secured claims: 0%.

**Other Provisions:**
1. Any creditor's claim filed after the bar date will receive no distribution under this plan unless specifically provided for above or unless debtor files the same on behalf of a creditor.

2. To satisfy the requirements of Section 365 of the Bankruptcy Code, debtors hereby expressly assume all of their leases and executory contracts in which they are now a party and no lease or executory contract entered into by debtor is being rejected.

3. Property of the estate revests in the debtors upon confirmation of the plan, or upon completion of all plan payments and the discharge of debtors.

4. Except as provided for in the plan, the order confirming plan or other court order, no interest, late charges, penalties or attorney's fees will be paid or accessible by any creditor.

5. Once the debtors successfully complete the Chapter 13 plan and a discharge is entered by the Court, No creditor will be all owed to add late charges, penalties, interest or attorney's fees from the beginning of time through the date of discharge with the exception of federally guaranteed/non-dischargeable student loans.

Dated this 26th day of September, 2012.

/s/ Shimene Shepard-Ryan
Shimene Shepard-Ryan, Esq.
112 Orange Ave., Ste 202
Daytona Beach, FL 32114
Tel.: (386) 265-5945
Fax: (386) 265-5947
Fla. Bar No.: 0036488

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Chapter 13 plan has been furnished by either US Mail or electronic mail to all creditors on the attached mailing matrix this 26th day of September, 2012.

/s/ Shimene Shepard-Ryan
Shimene Shepard-Ryan, Esq.