UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Carrie Meyer,                                                      Case No.: 3:12-bk-02311 JAF
     Debtor(s).

_____/

## NOTICE OF CONVERSION OF CASE UNDER CHAPTER 7

COMES NOW the debtor, Carrie Meyer, by and through the undersigned attorney, and gives notice pursuant to 11. U.S.C. § 1307(a) that she hereby converts this chapter 13 case to a case under chapter 7 of the Bankruptcy Code.

Dated this 5th day of October, 2012.

                /s/ Shimene Shepard-Ryan
                Shimene Shepard-Ryan, Esq.
                112 Orange Ave., Ste 202
                Daytona Beach, FL 32114
                Tel.: (386) 265-5945
                Fax: (386) 265-5947
                Fla. Bar No.: 0036488


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by either US Mail or electronic mail to all creditors on the attached mailing matrix this 5th day of October, 2012.

                /s/ Shimene Shepard-Ryan
                Shimene Shepard-Ryan, Esq.